# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| United States of America, | Case No. 2:98-cr-00259-JCM-BNW |
|---|---|
| Plaintiff, | |
| v. | **Order re [11]** |
| Michele D. Miller, | |
| Defendant. | |

Before the Court is a motion to dismiss without prejudice an indictment against defendant Michele D. Miller. ECF No. 11. The motion is referred to the undersigned magistrate judge under 28 U.S.C. § 636(b). Further, the motion is made by the government, not by the defendant, which means that the motion falls within the magistrate's authority "to hear and determine any pretrial matter pending before the court" and referred to the magistrate by a district judge. *Id.* § 636(b)(1)(A).

IT IS ORDERED that the government's motion (ECF No. 11) is GRANTED. The indictment against defendant Michele D. Miller is DISMISSED without prejudice, and the Clerk of Court is kindly directed to close this case.

DATED: March 26, 2021.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE